ORIGINAL

| | |
|---|---|
| WILSON PETTY KOSMO & TURNER LLP<br>ROBIN A. WOFFORD (137919)<br>HUBERT KIM (204957)<br>550 West C Street, Suite 1050<br>San Diego, California 92101<br>Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669<br>E-mail: rwofford@wpkt.com<br>E-mail: hkim@wpkt.com | FILED<br>2008 MAY 30 PM 12: 22<br>SOUTHERN DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____KNH_____DEPUTY |

Attorneys for Defendant EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUILON ENTERPRISES, LLC, dba SHELL OIL PRODUCTS US; CITIGROUP BANK, and DOES 1 through 20, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 08 CV 0962 BEN AJB<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>Complaint Filed: April 10, 2008 |

1

NOTICE OF PARTY WITH FINANCIAL INTEREST　　Case No.

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil Local Rule 40.2, Defendant Equilon Enterprises LLC dba Shell Oil Products US ("Equilon") by and through its counsel of record, provides the following Notice of Party with Financial Interest:

Equilon is a Delaware limited liability company with its principal place of business located in the State of Texas and is not publicly-traded. The following are direct and indirect parent companies of Equilon:

1. SOPC Holdings West LLC (member of Equilon);
2. TMR Company (member of Equilon);
3. Shell Oil Products Company LLC (member of SOPC Holdings West LLC); and
4. Shell Oil Company (parent of SOPC Holdings West LLC, TMR Company and Shell Oil Products Company LLC)[1].

No publicly-held company owns 10% or more of Equilon's membership interests.

Dated:   May 29, 2008

WILSON PETTY KOSMO & TURNER LLP

By: _____
Robin A. Wofford
Hubert Kim
Attorneys for Defendant
EQUILON ENTERPRISES LLC DBA
SHELL OIL PRODUCTS US

---

[1] Although several levels removed in the corporate structure, Shell Oil Company is ultimately owned by Shell Petroleum N.V. (NE) and Royal Dutch Shell plc (UK).