ORIGINAL

FILED
2008 MAY 30 PM 12: 22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNH_____DEPUTY

| | |
|---|---|
| 1 | WILSON PETTY KOSMO & TURNER LLP |
| | ROBIN A. WOFFORD (137919) |
| 2 | HUBERT KIM (204957) |
| | 550 West C Street, Suite 1050 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 236-9600 |
| 4 | Facsimile: (619) 236-9669 |
| | E-mail: rwofford@wpkt.com |
| 5 | E-mail: hkim@wpkt.com |
| 6 | Attorneys for Defendant EQUILON ENTERPRISES LLC |
| | dba SHELL OIL PRODUCTS US |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES, | Case No. '08 CV 0962 BEN AJB |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | Complaint Filed: April 10, 2008 |
| EQUILON ENTERPRISES, LLC, dba SHELL OIL PRODUCTS US; CITIGROUP BANK, and DOES 1 through 20, INCLUSIVE, | |
| Defendants. | |

I, the undersigned, declare as follows:

I am employed with the law firm of Wilson Petty Kosmo & Turner LLP, whose address is 550 West C Street, Suite 1050, San Diego, California 92101. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On May 30, 2008, I served the following document(s), bearing the title(s):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (DIVERSITY); and**

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

---

1                                                                    Case No.
DECLARATION OF SERVICE

1 [X] by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

    Elliott N. Kanter, Esq.
    Law Offices of Elliott N. Kanter
    2445 Fifth Avenue, Ste. 350
    San Diego, CA 92101
    Tele: 619-231-1883
    Fax:  619-234-4553
    *Attorney for Plaintiff*

[X] (By **MAIL SERVICE**) I placed such envelopes for collection and mailing on this date following ordinary business practices.

[ ] (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

[ ] (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2006. The facsimile machine I used complied with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ] (By **OVERNITE EXPRESS – NEXT DAY DELIVERY**) I caused to be delivered such envelope by hand to the office of the addressee.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on May 30, 2008 at San Diego, California.

        _____
        SHARON PURCHASE

2    Case No.
DECLARATION OF SERVICE