ELLIOTT N. KANTER, ESQ.
LAW OFFICES OF ELLIOTT KANTER
2445 5TH AVENUE, SUITE 350
SAN DIEGO, CA 92101
TELEPHONE 619-231-1883
FACSIMILE  619-234-4553

Attorney for Plaintiff SAMUEL ST. JAMES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE THOMAS J. WHELAN

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>  Plaintiff,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, dba SHELL OIL PRODUCTS US; CITIGROUP BANK, and DOES 1 through 20, INCLUSIVE,<br><br>  Defendants. | Case No.: 08 CV 0962 W (AJB)<br><br>**JOINT MOTION TO CONTINUE HEARING ON DEFENDANT EQUILON ENTERPRISE LLC'S MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Plaintiff Samuel St. James, by and through his attorney of record Elliott N. Kanter of Law Offices of Elliott N. Kanter APC, and Defendant Equilon Enterprises LLC, by and through their attorney of record Robin A. Wofford, of Wilson Petty Kosmo & Turner LLP, hereby make the following joint motion to continue the hearing on Defendant Equilon Enterprises LLC's Motion to Dismiss Complaint or in the Alternative, Motion for More Definite Statement.

   The hearing on Defendant's Motion shall be continued from July 7, 2008, to **July 21, 2008 at 10:30 A.M.**

1  IT IS SO STIPULATED.

2  I, Elliott N. Kanter, hereby state and declare, under penalty of perjury under the laws of
3 the State of California, that I have received permission from the counsel listed herein, Robin A.
4 Wofford, Esq., to affix her electronic signature to this document.

6 Dated: June 23, 2008                    /s/ Elliott N. Kanter
                                          ELLIOTT N. KANTER
7                                         Law Offices of Elliott N. Kanter APC
                                          Attorney for Plaintiff SAMUEL ST. JAMES

10 Dated: June 23, 2008                   /s/ Robin A. Wofford
                                          ROBIN A. WOFFORD
11                                        Wilson Petty Kosmo & Turner LLP
12                                        Attorney for Defendant EQUILON ENTERPRISES
                                          LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE THOMAS J. WHELAN

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUILON ENTERPRISES, LLC, dba SHELL OIL PRODUCTS US; CITIGROUP BANK, and DOES 1 through 20, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 08 CV 0962 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON DEFENDANT EQUILON ENTERPRISE LLC'S MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT** |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

GOOD CAUSE APPEARING, and based upon the joint motion of the parties,

IT IS ORDERED that the date for the hearing on Defendant Equilon Enterprise LLC's Motion to Dismiss Complaint or in the Alternative, Motion for More Definite Statement, shall be continued from July 7, 2008, **to July 21, 2008. at 10:30 A.M.**

IT IS SO ORDERED.

Dated: June 23, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|

**TITLE OF CASE (Abbreviated):**

SAMUEL ST. JAMES vs. EQUILON ENTERPRISES, LLC, et al.

**ATTORNEY(S) NAME AND ADDRESS:**
Elliott N. Kanter, Esq. (SBN 95054)       Tel: (619) 231-1883
LAW OFFICES OF ELLIOTT N. KANTER     Fax: (619) 234-4553
2445 5th Avenue, Suite 350
San Diego, CA 92101

| ATTORNEY(S) FOR:<br>Plaintiff, SAMUEL ST. JAMES | HEARING: DATE-TIME-DEPT | CASE NUMBER<br><br>08 CV 0962 W (AJB) |
|---|---|---|

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Elliott N. Kanter, whose address is 2445 Fifth Avenue, Suite 350, San Diego California 92121. I am not a party to the within cause, and I am over the age of 18 years.

Pursuant to USCIT R. 5 and Paragraphs 5 and 6 of Administrative Order 02-01 of the U.S. Court of International Trade, I caused service of the following document(s):

(1) **JOINT MOTION TO CONTINUE HEARING ON DEFENDANT EQUILON ENTERPRISE LLC'S MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

(2) **ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON DEFENDANT EQUILON ENTERPRISE LLC'S MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE, MOTION FOR DEFINITE STATEMENT**

**By electronic filing with the Clerk of the Court on June 23, 2008, using the CM/ECF System,** which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action, to include the following:

WILSON PETTY KOSMO & TURNER, LLP
ROBIN A. WOFFORD
HUBERT KIM
550 West C Street, Suite 1050
San Diego, CA 92101

Counsel Defendant, EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on June 23, 2008 at San Diego, California.

/s/ Anita Kranzberg
Anita Kranzberg