UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>                                   Plaintiff,<br><br>     vs.<br><br>EQUILON ENTERPRISES, LLC., et. al.,<br><br>                                   Defendants. | CASE NO. 08-CV-0962 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE (Doc. No. 6)** |

On June 6, 2008 Defendants Equilon Enterprises, LLC., et. al. ("Defendants") moved to dismiss Plaintiff Samuel St. James' ("Plaintiff") Complaint, or in the alternative moved for a more definite statement. (Doc. No. 5.)  The hearing date was originally set for July 7, 2008.  On June 23, 2008 both parties jointly moved for an order to continue the hearing date. (Doc. No. 6.)  Good cause showing, the Court **GRANTS** the parties' joint motion and continues the hearing date to __July 21, 2008__.  The Court will take the matter under submission and without oral argument.  See S.D. Cal. Civ. R. 7.1(d)(1).

**IT IS SO ORDERED.**

DATED:  June 24, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

08cv0962W