1  WILSON PETTY KOSMO & TURNER LLP
   ROBIN A. WOFFORD (137919)
2  HUBERT KIM (204957)
   550 West C Street, Suite 1050
3  San Diego, California 92101
   Telephone: (619) 236-9600
4  Facsimile: (619) 236-9669
   E-mail: rwofford@wpkt.com
5  E-mail: hkim@wpkt.com

6  Attorneys for Defendant EQUILON ENTERPRISES LLC
   dba SHELL OIL PRODUCTS US
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 SAMUEL ST. JAMES,                    Case No. 08 CV 0962 J (AJB)

12         Plaintiff,                    **DEFENDANT EQUILON
                                         ENTERPRISES LLC'S NOTICE OF
13    v.                                 NON-OPPOSITION RE MOTION TO
                                         DISMISS COMPLAINT OR IN THE
14 EQUILON ENTERPRISES, LLC, dba SHELL   ALTERNATIVE, MOTION FOR
   OIL PRODUCTS US; CITIGROUP BANK, and  MORE DEFINITE STATEMENT**
15 DOES 1 through 20, INCLUSIVE,
                                         [F.R.C.P. 12(b)(6), 12(e) and 9(b)]
16         Defendants.
                                         Complaint Filed: April 10, 2008

17                                       Date:            July 21, 2008
                                         Time:            10:30 a.m.
18                                       District Judge:  Hon. Thomas J. Whelan
                                         Magistrate Judge: Hon. Anthony J. Battaglia
19                                       Trial Date:      Not Set

20                                       **[No Oral Argument Per Local Rules]**

21

22

23

24

25

26

27

28

Case No. 08 CV 0962 J (AJB)
DEFENDANT EQUILON ENTERPRISES LLC'S NOTICE OF NON-OPPOSITION RE MOTION TO DISMISS
COMPLAINT

NOTICE IS HEREBY GIVEN that as of July 14, 2008, Defendant Equilon Enterprises LLC ("Equilon"), by and through its attorneys of record, Wilson Petty Kosmo & Turner LLP, have not received Plaintiff Samuel St. James' ("Plaintiff") opposition to Equilon's Motion to Dismiss Complaint or in the Alternative, Motion for More Definite Statement. Said opposition was to be filed and served no later than Monday, July 7, 2008. On July 8, 2008, Plaintiff's counsel indicated to Equilon's counsel that Plaintiff does not intend to file an opposition to Equilon's Motion to Dismiss and instead, intends to file an amended complaint. That said, as of July 14, 2008, Equilon has not been served with an amended complaint.

The Chamber Rules of District Judge Thomas J. Whelan specify that:

> A party that determines that it will not oppose a given motion shall file a statement of non-opposition no later than 14 days before the hearing date. An opposing party's failure to file a memorandum of points and authorities in opposition to any motion will be construed as consent to the granting of the motion.

Here, Plaintiff has failed to file a statement of non-opposition and has failed to file an opposition to Equilon's motion. Accordingly, Equilon respectfully requests that this Court grant its motion as requested.

Dated:   July 14, 2008                    **WILSON PETTY KOSMO & TURNER LLP**


                                          By:      /s/ Robin A. Wofford
                                                 Robin A. Wofford
                                                 Hubert Kim
                                                 Attorneys for Defendant
                                                 EQUILON ENTERPRISES LLC DBA
                                                 SHELL OIL PRODUCTS US

1  WILSON PETTY KOSMO & TURNER LLP
   ROBIN A. WOFFORD (137919)
2  HUBERT KIM (204957)
   550 West C Street, Suite 1050
3  San Diego, California 92101
   Telephone: (619) 236-9600
4  Facsimile: (619) 236-9669
   E-mail: rwofford@wpkt.com
5  E-mail: hkim@wpkt.com

6  Attorneys for Defendant EQUILON ENTERPRISES LLC
   dba SHELL OIL PRODUCTS US

7

8
              UNITED STATES DISTRICT COURT
9
              SOUTHERN DISTRICT OF CALIFORNIA
10

11 | SAMUEL ST. JAMES,                         | Case No. 08 CV 0962 W (AJB)
12 |         Plaintiff,                        | **PROOF OF SERVICE BY**
                                               | **ELECTRONIC SUBMISSION**
13 |    v.                                     |
                                               | Complaint Filed: April 10, 2008
14 | EQUILON ENTERPRISES, LLC, dba SHELL       |
   | OIL PRODUCTS US; CITIGROUP BANK, and      |
15 | DOES 1 through 20, INCLUSIVE,             |

16 |         Defendants.                       |

17

18     I am familiar with the United States District Court, Southern District of California's practice

19 for collecting and processing electronic filings. Under that practice, the following documents were

20 electronically filed with the court on July 14, 2008:

21
       **DEFENDANT EQUILON ENTERPRISE LLC'S NOTICE OF NON-**
22     **OPPOSITION RE MOTION TO DISMISS COMPLAINT OR IN THE**
       **ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**
23

24     The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing

25 party, the assigned judge, and any registered users in the case. The NEF will constitute service of

26 the document(s). Registration as a CM/ECF user constitutes consent to electronic service through

27 the court's transmission facilities. Under said practice, the following CM/ECF users were served:

28

                                    1                  Case No. 08 CV 0962 W (AJB)
              PROOF OF SERVICE BY ELECTRONIC SUBMISSION

```
 1    Elliott N. Kanter, Esq.
      Law Offices of Elliott N. Kanter
 2    2445 Fifth Avenue, Ste. 350
      San Diego, CA 92101
 3    Tele: (619) 231-1883
      Fax:  (619) 234-4553
 4    Attorney for Plaintiff Samuel St. James
```

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed July 14, 2008, at San Diego, California.

By: _____
    Dana Y. Ibarra