# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>                  Plaintiff,<br>vs.<br><br>EQUILON ENTERPRISES, LLC, et.al.,<br><br>                  Defendants. | CASE NO. 08-CV-0962 W (AJB)<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS (Doc. No. 5)** |

    On May 30, 2008 Defendant Equilon Enterprises ("Defendant") removed this action from San Diego Superior Court to this Court. (Doc. No. 1.) On June 6, 2008 Defendant moved to dismiss Plaintiff Samuel St. James' ("Plaintiff") complaint. (Doc. No. 5.) On July 15, 2008 Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15, which is currently the operative pleading in this action. Accordingly, because Defendant's motion to dismiss is directed at the original complaint, Defendant's motion is **DENIED AS MOOT**. (Doc. No. 5.)

    **IT IS SO ORDERED.**

DATED: July 21, 2008

*[signature]*

                                                             Hon. Thomas J. Whelan<br>                                                             United States District Judge