1  WILSON PETTY KOSMO & TURNER LLP
   ROBIN A. WOFFORD (137919)
2  HUBERT KIM (204957)
   550 West C Street, Suite 1050
3  San Diego, California  92101
   Telephone:  (619) 236-9600
4  Facsimile:  (619) 236-9669
   E-mail:  rwofford@wpkt.com
5  E-mail:  hkim@wpkt.com

6  Attorneys for Defendant EQUILON ENTERPRISES LLC
   dba SHELL OIL PRODUCTS US
7

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11 | SAMUEL ST. JAMES,                      | Case No. 08 CV 00962 W (AJB)
12 |        Plaintiff,                      | **JOINT MOTION FOR VOLUNTARY DISMISSAL OF TENTH CAUSE OF ACTION FOR UNLAWFUL TERMINATION OF FRANCHISE (15 U.S.C. §2801 ET SEQ.) WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
13 |        v.                              |
14 | EQUILON ENTERPRISES, LLC, dba SHELL OIL PRODUCTS US; CITIBANK (SOUTH DAKOTA), N.A. |
15 |                                        |
16 |        Defendants.                     | Complaint Filed: April 10, 2008
17 |                                        | District Judge:    Hon. Thomas J. Whelan
   |                                        | Magistrate Judge:  Hon. Anthony J. Battaglia
18 |                                        | Trial Date:        Not Set

1  IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1) and (2), by and between
2  Plaintiff Samuel St. James ("Plaintiff") and Defendant Equilon Enterprises LLC, dba Shell Oil
3  Products US ("Equilon") and through their counsel of record, that Plaintiff shall voluntarily dismiss
4  with prejudice the Tenth Cause of Action of the First Amended Complaint entitled Unlawful
5  Termination of Franchise (15 U.S.C. §2801 Et Seq.).
6  Good cause for allowing the dismissal of this cause of action exists as the parties are in
7  agreement that the claim cannot be properly asserted as against Equilon. Accordingly, the parties
8  hereby request that the Court enter an order dismissing Plaintiff's Tenth Cause of Action against
9  Equilon with prejudice.

10  Respectfully submitted,
11  Dated: July 30, 2008       WILSON PETTY KOSMO & TURNER LLP
12
13                              By: _____
14                              Robin A. Wofford
                                Hubert Kim
                                Attorneys for Defendant
15                              EQUILON ENTERPRISES LLC DBA
                                SHELL OIL PRODUCTS US
16
17  Dated: 7-30, 2008          LAW OFFICES OF ELLIOTT KANTER
18
19                              By: _____
                                Elliott N. Kanter, Esq.
20                              Attorneys for Plaintiff
                                SAMUEL ST. JAMES

Case No. 08 CV 00962 W (AJB)
JOINT MOTION FOR VOLUNTARY DISMISSAL OF TENTH CAUSE OF ACTION FOR UNLAWFUL
TERMINATION OF FRANCHISE (15 U.S.C. §2801 ET SEQ.) WITH PREJUDICE AND [PROPOSED] ORDER
THEREON

1  WILSON PETTY KOSMO & TURNER LLP
   ROBIN A. WOFFORD (137919)
2  HUBERT KIM (204957)
   550 West C Street, Suite 1050
3  San Diego, California 92101
   Telephone: (619) 236-9600
4  Facsimile: (619) 236-9669
   E-mail: rwofford@wpkt.com
5  E-mail: hkim@wpkt.com

6  Attorneys for Defendant EQUILON ENTERPRISES LLC
   dba SHELL OIL PRODUCTS US
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 | SAMUEL ST. JAMES,                  | Case No. 08 CV 0962 W (AJB)
12 |         Plaintiff,                  | **PROOF OF SERVICE BY
                                         | ELECTRONIC SUBMISSION**
13 |     v.                              |
                                         | Complaint Filed: April 10, 2008
14 | EQUILON ENTERPRISES, LLC, dba SHELL |
   | OIL PRODUCTS US; CITIGROUP BANK, and|
15 | DOES 1 through 20, INCLUSIVE,       |
16 |         Defendants.                 |

17

18      I am familiar with the United States District Court, Southern District of California's practice

19 for collecting and processing electronic filings. Under that practice, the following documents were

20 electronically filed with the court on July 31, 2008:

21
         1. **JOINT MOTION FOR VOLUNTARY DISMISSAL OF TENTH CAUSE
22          OF ACTION FOR UNLAWFUL TERMINATION OF FRANCHISE (15
            U.S.C. §2801 ET SEQ.) WITH PREJUDICE AND [PROPOSED]
23          ORDER THEREON**

24       2. **[PROPOSED] ORDER GRANTING JOINT MOTION FOR
            VOLUNTARY DISMISSAL OF TENTH CAUSE OF ACTION FOR
25          UNLAWFUL TERMINATION OF FRANCHISE (15 U.S.C. §2801 ET
            SEQ.) WITH PREJUDICE (vie electronic mail only)**
26

27      The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing

28 party, the assigned judge, and any registered users in the case. The NEF will constitute service of

                                              1            Case No. 08 CV 0962 W (AJB)
                        PROOF OF SERVICE BY ELECTRONIC SUBMISSION

1 | the document(s). Registration as a CM/ECF user constitutes consent to electronic service through
2 | the court's transmission facilities. Under said practice, the following CM/ECF users were served:

   Elliott N. Kanter, Esq.
   Law Offices of Elliott N. Kanter
   2445 Fifth Avenue, Ste. 350
   San Diego, CA 92101
   Tele: (619) 231-1883
   Fax:  (619) 234-4553
   *Attorney for Plaintiff Samuel St. James*

 I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

 Executed July 31, 2008, at San Diego, California.

By: _____
   Dana Y. Ibarra