# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EQUILON ENTERPRISES, LLC et al.,<br><br>　　　　　　　Defendant. | CASE NO. 08-CV-0962 W (AJB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PLAINTIFF'S TENTH CAUSE OF ACTION FOR UNLAWFUL TERMINATION OF FRANCHISE AGAINST DEFENDANT EQUILON ENTERPRISES, LLC (Doc. No. 11) |

　　　On July 31, 2008 Plaintiff Samuel St. James and Defendant Equilon Enterprises, LLC filed this joint motion to dismiss Plaintiff's tenth cause of action for unlawful termination of franchise under 15 U.S.C. § 2801 et. seq. against Defendant Equilon. Good cause appearing, the Court hereby **GRANTS** the parties' joint motion and **DISMISSES WITH PREJUDICE** Plaintiff's tenth cause of action of the First Amended Complaint against Defendant Equilon Enterprises, LLC.

　　　**IT IS SO ORDERED.**

DATED: August 13, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge