UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| SAMUEL ST. JAMES, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 08-CV-0962 W (AJB) |
| v. | NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT |
| EQUILON ENTERPRISES, LLC, dba SHELL OIL PRODUCTS US, et al. | (For use with State Service only) |
| DEFENDANT(S). | |

To: _____ CITIBANK (SOUTH DAKOTA), N.A. _____

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on _July 15, 2008_.

_____
Signature of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**
(To be completed by recipient)

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at _2029 Century Park East, Los Angeles, CA 90067_ on _August 6, 2008_
Address                                                                                                   Date

_____
Signature

Counsel for Citibank (South Dakota), NA
Relationship to Entity/Authority to Receive Service of Process

CV-21 (02/04)    NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |

**TITLE OF CASE (Abbreviated):**

SAMUEL ST. JAMES vs. EQUILON ENTERPRISES, LLC, et al.

**ATTORNEY(S) NAME AND ADDRESS:**
Elliott N. Kanter, Esq. (SBN 95054)        Tel:  (619) 231-1883
LAW OFFICES OF ELLIOTT N. KANTER    Fax: (619) 234-4553
2445 5th Avenue, Suite 350
San Diego, CA  92101

| ATTORNEY(S) FOR:<br>Plaintiff, SAMUEL ST. JAMES | HEARING: DATE-TIME-DEPT | CASE NUMBER<br>08 CV 0962 W (AJB) |
|---|---|---|

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Elliott N. Kanter, whose address is 2445 Fifth Avenue, Suite 350, San Diego California 92121. I am not a party to the within cause, and I am over the age of 18 years.

Pursuant to USCIT R. 5 and Paragraphs 5 and 6 of Administrative Order 02-01 of the U.S. Court of International Trade, I caused service of the following document(s):

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF
SUMMONS AND COMPLAINT   [Citibank (South Dakota), N..A.]**

**By electronic filing with the Clerk of the Court on August 22, 2008, using the CM/ECF System,** which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action; and.

**By U.S. First Class Mail on August 22, 2008,** which I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the Law Office of Elliott N. Kanter's practice for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit. Said envelope is addressed as follows:

Marcos D. Sasso, Esq.
STROOK & STROOK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, CA  90067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on August 22, 2008 at San Diego, California.

/s/ *Anita Kranzberg*
Anita Kranzberg