STEPHEN M. SPINELLA, SBN: 144732
SOLOMON, GRINDLE, SILVERMAN & SPINELLA
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858.793.8500
Facsimile:    858.793.8263

Attorneys for Defendant:
Citibank (South Dakota), N.A.,
Erroneously Sued as "Citigroup Bank"

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>   Plaintiff,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC dba SHELL OIL PRODUCTS US; CITIGROUP BANK, and DOES 1 through 20, INCLUSIVE,<br><br>   Defendants. | **Case No. 08 CV 00962 W (AJB)**<br><br>[Assigned to the Hon. Thomas J. Whelan]<br><br>**JOINT MOTION/ STIPULATION TO CONTINUE DEADLINE FOR ORDER SETTING DEADLINE FOR DEFENDANT CITIBANK (SOUTH DAKOTA), N.A., ERRONEOUSLY SUED AS "CITIGROUP BANK", TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[CivLR 7.2, 12.1]<br><br>Complaint Filed: April 10, 2008<br>Trial Date: None Set |

---

JOINT MOTION/ STIPULATION FOR ORDER CONTINUING DEADLINE FOR DEFENDANT CITIBANK
(SOUTH DAKOTA), N.A. TO RESPOND TO FIRST AMENDED COMPLAINT

1  WHEREAS, plaintiff Samuel St. James ("Plaintiff") initially filed the action entitled Samuel St. James v. Equilon Enterprises, LLC, dba Shell Oil Products US, et al., San Diego County Superior Court Case No. 37-2008-00081610-CU-BC-CTL (the "State Court Action") on or about April 10, 2008;

WHEREAS, the State Court Action was removed to this Court on or about May 30, 2008;

WHEREAS, on July 15, 2008, Plaintiff filed a First Amended Complaint in the instant action;

WHEREAS, on August 6, 2008, counsel for defendant Citibank (South Dakota), N.A. ("Citibank"), executed and returned to Plaintiff a Notice of Acknowledgement of Service with respect to the First Amended Complaint;

WHEREAS, the deadline for Citibank to answer, move to dismiss, or otherwise respond to the First Amended Complaint is August 26, 2008; and

WHEREAS, Plaintiff and Citibank, through their respective counsel of record, have agreed that the time for Citibank to answer, move to dismiss, or otherwise respond to the First Amended Complaint shall be extended fourteen (14) days until and including September 9, 2008.

WHEREAS, good cause for the continuance exists because Citibank requires additional time to investigate the claims asserted in this action and to evaluate and respond to the First Amended Complaint.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the time for Citibank to respond to the First Amended Complaint shall be extended

///
///
///
///
///
///
///

- 1 -
JOINT MOTION/ STIPULATION FOR ORDER CONTINUING DEADLINE FOR DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO RESPOND TO FIRST AMENDED COMPLAINT

fourteen (14) days to and including, September 9, 2008.

IT IS SO STIPULATED.

Dated: August 26, 2008          SOLOMON, GRINDEL, SILVERMAN & SPINELLA

By: _____
Stephen M. Spinella
Attorneys for Defendant
Citibank (South Dakota), N.A.,
Erroneously Sued as "Citigroup Bank"

Dated: August __, 2008          LAW OFFICES OF ELLIOTT KANTER

By: _____
Elliott Kanter
Attorneys for Plaintiff

- 2 -
JOINT MOTION/ STIPULATION FOR ORDER CONTINUING DEADLINE FOR DEFENDANT CITIBANK
(SOUTH DAKOTA), N.A. TO RESPOND TO FIRST AMENDED COMPLAINT