# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>                   Plaintiff,<br>vs.<br>EQUILON ENTERPRISES, LLC et al.,<br>                   Defendants. | CASE NO. 08-CV-0962 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME (Doc. No. 18)** |

On July 15, 2008 Plaintiff Samuel St. James ("Plaintiff") filed a First Amended Complaint ("FAC") in this action. On August 27, 2008 Plaintiff and Defendant Citibank (South Dakota), N.A. ("Citibank") moved jointly for an order extending the time for Citibank to answer or otherwise respond to the FAC. Good cause showing, the Court hereby **GRANTS** the parties' joint motion. Citibank shall have until <u>**September 9, 2008**</u> in which to answer or otherwise respond to Plaintiff's FAC.

**IT IS SO ORDERED**.

DATED: August 28, 2008

                                                    _____<br>
                                                    Hon. Thomas J. Whelan<br>
                                                    United States District Judge