STEPHEN M. SPINELLA, SBN: 144732
SOLOMON, GRINDLE, SILVERMAN & SPINELLA
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858.793.8500
Facsimile:   858.793.8263

Attorneys for Defendant:
Citibank (South Dakota), N.A.,
Erroneously Sued as "Citigroup Bank"

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>Plaintiff,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC dba SHELL OIL PRODUCTS US; CITIGROUP BANK, and DOES 1 through 20, INCLUSIVE,<br><br>Defendants. | **Case No. 08 CV 00962 W (AJB)**<br><br>[Assigned to the Hon. Thomas J. Whelan]<br><br>**JOINT MOTION/ STIPULATION TO CONTINUE DEADLINE FOR ORDER SETTING DEADLINE FOR DEFENDANT CITIBANK TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[CivLR 7.2, 12.1]<br><br>Complaint Filed: April 10, 2008<br>Trial Date: None Set |

WHEREAS, Plaintiff, Samuel St. James ("Plaintiff"), initially filed the action entitled <u>Samuel St. James v. Equilon Enterprises, LLC, dba Shell Oil Products US, et al.</u>, San Diego County Superior Court Case No. 37-2008-00081610-CU-BC-CTL (the "State Court Action") on or about April 10, 2008;

WHEREAS, the State Court Action was removed to this Court on or about May 30, 2008;

WHEREAS, on July 15, 2008, Plaintiff filed a First Amended Complaint in the instant action;

JOINT MOTION/ STIPULATION FOR ORDER CONTINUING DEADLINE FOR DEFENDANT CITIBANK
(SOUTH DAKOTA), N.A. TO RESPOND TO FIRST AMENDED COMPLAINT

1   WHEREAS, on August 6, 2008, counsel for defendant Citibank (South Dakota), N.A.
2   ("Citibank"), executed and returned to Plaintiff a Notice of Acknowledgement of Service with
3   respect to the First Amended Complaint;
4   WHEREAS, the deadline for Citibank to answer, move to dismiss, or otherwise respond to
5   the First Amended Complaint was, at that time, August 26, 2008;
6   WHEREAS, Plaintiff and Citibank previously submitted a joint motion and stipulation to
7   the Court by which they stipulated that Citibank shall have until September 9, 2008, within which
8   to respond to the First-Amended Complaint;
9   WHEREAS, the Court entered its Order granting the joint motion of Plaintiff and Citibank
10  and concurrently ordered that Citibank shall have until September 9, 2008, within which to respond
11  to the First-Amended Complaint;
12  WHEREAS, Defendant, EQUILON ENTERPRISES, LLC dba SHELL OIL PRODUCTS
13  US ("Equilon") moved the Court, pursuant to rules 12(b)(6), 12(e) and 9(b) of the Federal Rules of
14  Civil Procedure to Dismiss the First Amended Complaint or, Alternatively, Require a More
15  Definite Statement, with a hearing set thereon for September 2, 2008;
16  WHEREAS, the Court has not yet issued it Order with regard to the motions of Equilon
17  referenced in the preceding paragraph;
18  WHEREAS, the Court may rule that Plaintiff file a second-amended complaint in response
19  to the aforementioned motions of Equilon such that the First-Amended Complaint is rendered null;
20  WHEREAS, given this possibility, any answer or pleading challenge mounted by Citibank
21  on or before September 9, 2008 – the current due date for its response herein – may be rendered
22  moot such that Citibank would have to respond to any second-amended complaint filed by Plaintiff
23  pursuant to any order of this Court;
24  WHEREAS, good cause for yet a further continuance of the response date of Citibank
25  exists given the dynamic described above,
26  ///
27
28

- 1 -
JOINT MOTION/ STIPULATION FOR ORDER CONTINUING DEADLINE FOR DEFENDANT
CITIBANK (SOUTH DAKOTA), N.A. TO RESPOND

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

1  IT IS HEREBY STIPULATED by and between the Plaintiff and Citibank, through their respective counsel of record, that the time for Citibank to respond to the First Amended Complaint shall be extended until seven (7) days after the Court enters its order with regard to the motions of Equilon pursuant to rules 12(b)(6), 12 (e) and 9(b) of the Federal Rules of Civil Procedure, referenced above, except that, should the Court order that Plaintiff file a second-amended complaint, then Citibank shall have until ten (10) days from the date on which it is served with any second-amended complaint by Plaintiff within which to respond thereto as provided under F.R.C.P. 15(a).

IT IS SO STIPULATED.

Dated: September _, 2008          SOLOMON, GRINDLE, SILVERMAN & SPINELLA

By: _____
Stephen M. Spinella
Attorneys for Defendant
Citibank (South Dakota), N.A.

Dated: September _, 2008          LAW OFFICES OF ELLIOTT KANTER

By: _____
Elliott Kanter
Attorneys for Plaintiff

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086