# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ST. JAMES,<br><br>                           Plaintiff,<br>vs.<br><br>EQUILON ENTERPRISES, LLC et al.,<br>                           Defendants. | CASE NO. 08-CV-0962 W (AJB)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT CITIBANK TO RESPOND TO FIRST AMENDED COMPLAINT (Doc. No. 20) |

      On July 15, 2008 Plaintiff filed a First Amended Complaint ("FAC") against Defendants alleging various business-related tort and contract causes of action. Defendant Equilon Enterprises moved to dismiss the FAC and the motion is currently pending before the Court. On September 9, 2008 Plaintiff and Defendant Citibank jointly moved to extend the time for Citibank to answer or respond to the FAC. Given the possibility of Plaintiff having to file a Second Amended Complaint ("FAC"), Citibank is concerned that answering the FAC may be rendered moot.

///
///
///
///
///

Good cause showing, the Court **GRANTS** the parties' joint motion. Citibank shall respond to the FAC within **seven days** after the Court enters its Order on the pending motion to dismiss, except that, should the Court order that Plaintiff file a SAC, Citibank shall have **ten days** from the date on which it is served with any SAC within which to answer or otherwise respond to the SAC.

**IT IS SO ORDERED.**

DATED: September 9, 2008

_____
Hon. Thomas J. Whelan
United States District Judge